# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| MELVIN WHITE, | : | No. 20 EM 2017 |
| Petitioner | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA ET AL, CLERK OF COURT JOSEPH H. EVERS, COURT OF COMMON PLEAS PHILADELPHIA COUNTY, PA, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 21st day of April, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Review Seeking Writ of Mandamus and/or Extraordinary Relief is **DENIED**.